B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Connecticut | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spring Street Recycling ,LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-3918538** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5 Spring Street**<br>**West Haven, CT**<br>ZIP Code **06516** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New Haven** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Spring Street Recycling ,LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Spring Street Recycling ,LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Peter L. Ressler**
Signature of Attorney for Debtor(s)

**Peter L. Ressler**
Printed Name of Attorney for Debtor(s)

**Groob, Ressler & Mulqueen, PC**
Firm Name

**123 York Street, Suite B**
**New Haven, CT 06511**

Address

**203-777-5741  Fax: 203-777-4206**
Telephone Number

**June  8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Louis Gherlone**
Signature of Authorized Individual

**Louis Gherlone**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**June  8, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **Spring Street Recycling ,LLC**            Case No.
                    Debtor(s)                     Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Arcadia Ins.<br>PO Box 10159<br>Albany, NY 12201 | Arcadia Ins.<br>PO Box 10159<br>Albany, NY 12201 | | | 15,030.00 |
| Beacon Sales<br>PO Box 415439<br>Boston, MA 02241 | Beacon Sales<br>PO Box 415439<br>Boston, MA 02241 | | | 3,495.70 |
| City of Waterbury<br>21 East Aurora Street<br>Waterbury, CT 06708 | City of Waterbury<br>21 East Aurora Street<br>Waterbury, CT 06708 | | | 8,415.24 |
| CL&P<br>POB 150493<br>Hartford, CT 06115 | CL&P<br>POB 150493<br>Hartford, CT 06115 | | | 4,760.50 |
| Comm. of Revenue Services Dept<br>PO Box 5030<br>Hartford, CT 06102 | Comm. of Revenue Services Dept<br>PO Box 5030<br>Hartford, CT 06102 | | | 15,773.12 |
| Department of Revenue Services<br>State of Connecticut<br>P.O. Box 2980<br>Hartford, CT 06104 | Department of Revenue Services<br>State of Connecticut<br>P.O. Box 2980<br>Hartford, CT 06104 | Sales Tax | | 12,000.00 |
| EQ Acquisitions Inc<br>PO Box 3704<br>New York, NY 10008 | EQ Acquisitions Inc<br>PO Box 3704<br>New York, NY 10008 | | | 4,518.52 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Taxes | | 183,769.43 |
| Modual Space Corp.<br>12603 Collection Center Dr.<br>Chicago, IL 60693 | Modual Space Corp.<br>12603 Collection Center Dr.<br>Chicago, IL 60693 | | | 6,585.84 |
| Nationwide Security Corp.<br>47 Montowese Avenue<br>North Haven, CT 06473 | Nationwide Security Corp.<br>47 Montowese Avenue<br>North Haven, CT 06473 | | | 3,284.66 |
| New Alliance Bank<br>195 Church Street<br>New Haven, CT 06510 | New Alliance Bank<br>195 Church Street<br>New Haven, CT 06510 | | | 3,441.19 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Spring Street Recycling ,LLC**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| North Atlantic Machinery<br>PO Box 520<br>Gorham, ME 04038 | North Atlantic Machinery<br>PO Box 520<br>Gorham, ME 04038 | | | 7,463.00 |
| Schnabel Foundation Company<br>200 Turnpike Road<br>Southborough, MA 01772 | Schnabel Foundation Company<br>200 Turnpike Road<br>Southborough, MA 01772 | | | 92,512.75 |
| State of Connecticut<br>Division of Special Revenue<br>270 John Downey Drive.<br>New Britain, CT 06051 | State of Connecticut<br>Division of Special Revenue<br>270 John Downey Drive.<br>New Britain, CT 06051 | Taxes | | 83,627.92 |
| Superior Products Dist.<br>PO Box 57<br>Milldale, CT 06467 | Superior Products Dist.<br>PO Box 57<br>Milldale, CT 06467 | | | 9,988.21 |
| The Blue Book Bldg & Const.<br>PO Box 500 Jefferson Valley<br>Jefferson Valley, NY 10535 | The Blue Book Bldg & Const.<br>PO Box 500 Jefferson Valley<br>Jefferson Valley, NY 10535 | | | 2,991.36 |
| The General Store Comp.<br>109 Nicholas Drive<br>Waterbury, CT 06706 | The General Store Comp.<br>109 Nicholas Drive<br>Waterbury, CT 06706 | | | 20,090.36 |
| The Jack Farrelly Company<br>97 Old PoquonockRoad<br>Bloomfield, CT 06002 | The Jack Farrelly Company<br>97 Old PoquonockRoad<br>Bloomfield, CT 06002 | | | 11,227.86 |
| United Concrete Products<br>173 Church Street<br>New Haven, CT 06510 | United Concrete Products<br>173 Church Street<br>New Haven, CT 06510 | | | 4,988.15 |
| United Rentals<br>185 thorpe Street<br>Fairfield, CT 06824 | United Rentals<br>185 thorpe Street<br>Fairfield, CT 06824 | | | 8,243.99 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date　**June 8, 2010**　　　　　　　　　　Signature　**/s/ Louis Gherlone**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Louis Gherlone**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

A & L Eastern Hydraulic,Inc.
535 Columbus Avenue
New Haven, CT 06519


A Royal Flush Inc
PO Box 3126
Bridgeport, CT 06605


Amcast
40 Aero Road unit #6
Bohemia, NY 11716


Arcadia Ins.
PO Box 10159
Albany, NY 12201


Around The Towns Magazines
370 Boston Post Road
Orange, CT 06477


Ashlyn Computer Works
1366 Norman Street
Bridgeport, CT 06606


Beacon Sales
PO Box 415439
Boston, MA 02241


CC Saw Cutting LLC
19 Partridge Drive
Seymour, CT 06483


Chatfield Power Group
190 Southbury Road
Southbury, CT 06488


City of Waterbury
Office of the Tax Collector
235 Grand Street
Waterbury, CT 06702

City of Waterbury
21 East Aurora Street
Waterbury, CT 06708


CL&P
POB 150493
Hartford, CT 06115


Colmar Belting Company,Inc
PO Box 449
Boston, MA 02127


Comcast Cable
630 Chapel Street
New Haven, CT 06510


Comm. of Revenue Services Dept
PO Box 5030
Hartford, CT 06102


Commercial Lighting
PO Box 270651
Tampa, FL 33688


Construction Data Company
2001 9th ste 200
Vero Beach, FL 32960


Contact Cleaning Services
111 Court Street
New Haven, CT 06510


County Portables,LLC
PO Box 1075
Cheshire, CT 06410


CT. Laborers Funds
435 Captain Thomas Blvd.
West Haven, CT 06516

```
Department of Motor Vehicles
State of Connecticut
1985 State Street
Hamden, CT 06514


Department of Revenue Services
State of Connecticut
P.O. Box 2980
Hartford, CT 06104


Department of Revenue Services
State of Connecticut
P.O. Box 2980
Hartford, CT 06104


Dust Control Tech.
1604 W.Detwellier Drive
Peoria, IL 61615


Eagle Fence
PO Box 7077
Plainville, CT 06062


Earthwise
PO Box 8208
New Haven, CT 06530


EQ Acquisitions Inc
PO Box 3704
New York, NY 10008


Fair Auto Supply
931 First Avenue
West Haven, CT 06516


Foley Services Inc
PO Box 417
Glastonbury, CT 06033


Hersam Acorn
205 Spring Hill Road
Trumbull, CT 06611
```

```
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


IUOE Local 478
1965 Dixwell Avenue
Hamden, CT 06514


John`s Refuse
PO Box 343
Guilford, CT 06437


Materials Testing
55 Laura Street
East Haven, CT 06512


Metal Maslers
111 Kendall Street
East Haven, CT 06512


Modual Space Corp.
12603 Collection Center Dr.
Chicago, IL 60693


Nationwide Security Corp.
47 Montowese Avenue
North Haven, CT 06473


Nattional Business Direct.
130 Church Street
New York, NY 10007


New Alliance Bank
195 Church Street
New Haven, CT 06510


North Atlantic Machinery
PO Box 520
Gorham, ME 04038
```

```
Omni Communications
85-D State Street
North Haven, CT 06473


Performance Environmental
111 Court Street
New Haven, CT 06511


Phoenix Builders & Supplies
1 Svehlak Lane
Oxford, CT 06478


Reliable Detection Systems,Inc
919 B State Street
New Haven, CT 06511


Ryan & Ryan LLC
900 Chapel Street ste 621
New Haven, CT 06510


Scale Service & Supply
PO Box 660 65 Washington Stree
Rensselaer, NY 12144


Schnabel Foundation Company
200 Turnpike Road
Southborough, MA 01772


Schultz Electric
30 Grando Drive
New Haven, CT 06513


State of Connecticut
Division of Special Revenue
270 John Downey Drive.
New Britain, CT 06051


Superior Products Dist.
PO Box 57
Milldale, CT 06467
```

The Blue Book Bldg & Const.
PO Box 500 Jefferson Valley
Jefferson Valley, NY 10535


The General Store Comp.
109 Nicholas Drive
Waterbury, CT 06706


The Jack Farrelly Company
97 Old PoquonockRoad
Bloomfield, CT 06002


Torello's Tire
187 Saltonstall Avenue
East Haven, CT 06512


Tri-State Industrial Main.
50 Bala Ridge Road
Oxford, CT 06478


United Concrete Products
173 Church Street
New Haven, CT 06510


United Illuminating
Attn: Mercy Perez
P.O. Box 1564
New Haven, CT 06506


United Rentals
185 thorpe Street
Fairfield, CT 06824


Versa-Lok
5 Northern Blvd. Unit 15
Amherst, NH 03031